UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2007 NOV -8 A 10:51

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | 07cr3033-JM |
| vs. | CRIMINAL NO. 07mj2480 |
| Ismael Santiago-Gonzalez Defendant(s) | ORDER RELEASING MATERIAL WITNESS |
| | Booking No. 05292298 |

On order of the United States District/Magistrate Judge, William McCurine, Jr.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jorge Mena-Vargas

DATED: 11-8-07

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by ____________________
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082