UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED 2007 NOV -8 A 10:50

UNITED STATES OF AMERICA, Plaintiff

vs.

Ismael Santiago-Gonzalez

Defendant(s)

CRIMINAL NO. 07cr 3033-JM 07mj 2480

ORDER

RELEASING MATERIAL WITNESS

Booking No. 05292298

On order of the United States District/Magistrate Judge, William McCurine, Jr.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United ~~States Marshal~~ as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jose Pimental-Esquivel

DATED: 11-8-07

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082