UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED 2007 NOV -8 A 10:50

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | 07CR3033-JM |
| vs. | ) | CRIMINAL NO. 07mj2480 |
| Ismael Santiago-Gonzalez | ) | ORDER |
| Defendant(s) | ) | RELEASING MATERIAL WITNESS |
| | ) | Booking No. 05292298 |

On order of the United States District/Magistrate Judge, William McCurine, Jr.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Antonio Hernandez-Vasquez

DATED: 11-8-07

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95