FILED
NOV - 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ISMAEL SANTIAGO-GONZALEZ,<br>SALVADOR CARRILLO-RODRIGUEZ,<br>Defendants. | Criminal Case No. 07CR3033-JM<br>**I N F O R M A T I O N**<br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about October 15, 2007, within the Southern District of California, defendants ISMAEL SANTIAGO-GONZALEZ and SALVADOR CARRILLO-RODRIGUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Pimental-Esquivel, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 11/8/07.

KAREN P. HEWITT
United States Attorney

J. Moore for
AARON B. CLARK
Assistant U.S. Attorney

ABC:drh: San Diego
10/18/07