AO 455 (Rev. 5/85) Waiver of Indictment

FILED
NOV - 8 2[illegible]
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*UNITED STATES DISTRICT COURT*

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

SALVADOR CARRILLO-RODRIGUEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 07cr3033-JM

I, SALVADOR CARRILLO-RODRIGUEZ, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 11/8/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Salvador Carrillo
Defendant

Barbara McDonovan
Defense Counsel

Before [signature]
Judicial Officer